RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/24/10
BY DD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| TOMMIE A. BENTON<br>LA. DOC #120811<br>VS. | CIVIL ACTION NO. 3:10-cv-0037<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner is no longer "in custody" with respect to the conviction attacked and therefore this court lacks subject matter jurisdiction to consider his claims and, alternatively because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**MONROE, LOUISIANA**, this 23 day of March, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE